Thomas P. Riley, SBN 194706
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030

Tel:  626-799-9797
Fax:  626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Joe Hand Promtoions, Inc.

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| Joe Hand Promtoions, Inc. , | Case No. 2:14-cv-01602JAM-SMS |
| Plaintiff, | |
| vs. | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL; AND ORDER** |
| Kimberly Rae Carpenter, et al., | |
| Defendants. | |

**NOTICE IS HEREBY GIVEN**, that, Plaintiff voluntarily dismisses, ***without prejudice,*** defendants Kimberly Rae Carpenter, individually and d/b/a Cactus Jacks Sport Bar a/k/a Cactus Jacks Dawghouse.

This Dismissal is made pursuant to FRCP 41 (a).

Dated: March 16, 2015          */s/  Thomas P. Riley*
                               **LAW OFFICES OF THOMAS P. RILEY, P.C**.
                               By:  Thomas P. Riley
                               Attorneys for Plaintiff
                               Joe Hand Promtoions, Inc.

## ORDER

It is hereby ordered that civil action number 2:14-cv-01602JAM-SMS styled *Joe Hand Promtoions, Inc.  v. Kimberly Rae Carpenter, et al*., is dismissed ***without prejudice***.

Plaintiff shall also serve a copy of this Order on the Defendants and thereafter file a Certification of Service of this Order with the Clerk of the Court.

**IT IS SO ORDERED**:

Dated: 3/16/2015

/s/ John A. Mendez_____
**THE HONORABLE JOHN A. MENDEZ**
**United States District Court**
**Eastern District of California**

///
///
///
///
///
///
///
///
///
///
///
///

**PLAINTIFF'S NOTICE OF VOLUNTARY**
**DISMISSAL; AND ORDER (Proposed)**
**CASE NO. 2:14-cv-01602JAM-SMS**
**PAGE 2**

1

2 **<u>PROOF OF SERVICE (SERVICE BY MAIL)</u>**

3

4    I declare that:

5

6    I am employed in the County of Los Angeles, California.  I am over the age of eighteen years
and not a party to the within cause; my business address is First Library Square, 1114 Fremont
7 Avenue, South Pasadena, California 91030-3227.  I am readily familiar with this law firm's practice
for collection and processing of correspondence/documents for mail in the ordinary course of
8 business.

9

10    On March 16, 2015, I served:

11

12 **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL; AND ORDER (Proposed)**

13

14    On all parties in said cause by enclosing a true copy thereof in a sealed envelope and
following ordinary business practices, said envelope was personally served upon:

15

16    Kimberly Rae Carpenter (Defendant)
   415 Main Street
17    Murphys, CA 95247

18

19    I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing
is true and correct and that this declaration was executed on March 16, 2015, at South Pasadena,
20 California.

21

22

23 Dated: March 16, 2015              */s/ Stefanie Martinez*
24                          **STEFANIE MARTINEZ**

25

26

27

28

**PLAINTIFF'S NOTICE OF VOLUNTARY
DISMISSAL; AND ORDER (Proposed)
CASE NO. 2:14-cv-01602JAM-SMS
PAGE 3**